<u>IN THE UNITED STATES DISTRICT COURT</u> FILED

<u>EASTERN DISTRICT OF TEXAS</u>            MAR 5 2018

Clerk, U.S. District Court
Texas Eastern

ANDREW HARRIS                                        PETITIONER

VS            CASE NO  5:18CV35

BOWIE COUNTY TEXAS                              RESPONDENTS
SHERRIFF PRINCE

## A PETITION OF ISSUANCE OF WRI OF HABEAS CORPUS
## PURSUAN TO ARITICLE 17.151, AND C.C.P 11.11

To the Honorable Judge of said court:

    Comes now *Andrew Harris, Petitioner Pro Se* in the above entitled and numbered cause and files now this **PETITION FOR ISSUANCE OF WRIT OF HABEAS CORPUS** PURSIAINT TO *ARTICLE 17.151 of the TEXAS CODE OF CRIMINAL PROCEDURE*. In support thereof that I may show the court the facts as follows:

### THE PETITIONE IS ILLEGALLY RESTRAINED

    Applicant is illegally confined in the BOWIE COUNTY CORRECTIONAL CENTER and was given a BOOK-In number and is now in the custody of Officer Prince, Sherriff of Bowie county, Texas and Mrs. Wendy Kelley- Director of ADC.

    That on or about 7/31/2015 the petitioner was placed and restrained in handcuffs and shackles by armed guards with firearms. The ordered by Director Kelley of the ADC to be transferred across state lines to the State of Texas. A state where the petitioner was not found guilty of any crime in which the petitioner is currently being illegally restrained for in Bowie County, Texas…

    **IF** any charges and or indictments are currently pending against the above petitioner, then the petitioner was not served any arrest warrant and/or indictments along with the Book-In Number.

    **THEREFORE** the State of Texas is in violation of *Article 17.151 of the Texas Coode of Criminal procedures.* The referenced article was passed by the Legislature in 1977 and has remained unchanged since then.

Mrs. Wendy Kelly Director of the Arkansas Department of Corrections and Sherriff Prince of the Bowie County, Texas have violated this court order by transferring he petitioner from Arkansas Department of Corrections in the State of Arkansas to the BOWIE COUNTY CORECTIONAL CENTER in Bowie County, Texas....

It is also written under the United States Constitution Article IV section 2 clause 3 Reciprocal relations between states and with the United States (ref & Annos) fugitive Slaves.

The Bowie County Texas has held the petitioner here in **_ILLEGALLY_** without any Charges being filed but yet has processed the petitioner it with a book-in number clearly violating **_ARTICLE17.151 of the Texas Code of Criminal Procedures._**

### _Verification of Unsworn Declaration_

I Andrew Harris the petitioner herein this cause, state the following under the penalty of perjury:

I am a prisoner with the Bowie County Prisoner Book-in Number 235519, currently am incarcerated at the Bowie County Jail in Bowie County Texas.

I have read the foregoing petition for issuance of WRIT OF HABEAS CORPUS and that I have personal knowledge of h facts contained herein and state that the facts contained therein are true and correct.

Executed in Bowie County Texas Pursuant to Article 132.001 et seq. Texas Civil Practice and Remedies code and 28 USC section 1746 on this 23 day of Feb, ~~2017~~. 2018

Respectfully submitted,

_Andrew Harris_

Andrew Harris, B.C.C.C. 235519 _pro se_
Bowie County Correctional Center
105 West Front Street
Texarkana, TX 75501

2

# Affidavit

I declare under the penalty of perjury that I am incarcerated in the Bowie County Correctional Center. I am filing this petition *pro se* and that the accompanying petition was deposited in the facilities legal mail system on this 28 day of Feb, 2018 with first class postage prepaid to ensure delivery to the following:

U.S. District Court, Eastern District of Texas
500 Stateline Ave,
Texarkana, TX 75501

**Signature**

# Notary

**County of Bowie)**
)§
**State of Texas   )**

SWORN AND SUBSCRIBED to before me a Notary Public on this 28TH /FEB/ 2018 and is known to be the same.

NOTARY PUBLIC

My Commission expires 12/Nov/2021



CHARLES EDWARD DORSEY, SR
My Notary ID # 125483065
Expires November 12, 2021

4